UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. OLSEN,

    Plaintiff,

v.

    Case No. 1:22-cv-724

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 3, 2023, recommending that this Court reverse and remand the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should re-evaluate D. Bertram's August 6, 2020 opinion pursuant to 20 C.F.R. §404.1520c

A Judgment will be entered consistent with this Order.

Dated: July 31, 2023                                    /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge