UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY M. OLSEN,
    Plaintiff,

v.                                              Case No. 1:22-cv-724

COMMISSIONER OF SOCIAL SECURITY,     HONORABLE PAUL L. MALONEY
    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: July 31, 2023                                  /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge